UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEAN-PAUL DONALD LEMIRE,
    Plaintiff,

v.                                           C.A. No. 15-331L

CAROLYN W. COLVIN, Acting
Commissioner of the Social
Security Administration,
    Defendant.

## **ORDER**

    No objection having been filed, the Report and Recommendation issued by Magistrate Judge Lincoln D. Almond, on May 4, 2016 in the above-captioned matter is accepted and adopted pursuant to Title 28 United States Code § 636(b)(1).

    Therefore, the Plaintiff's Motion to Reverse the Decision of the Commissioner is denied, and Defendant's Motion to Affirm the Decision of the Commissioner is granted.

    Final Judgment to enter in favor of Defendant.

It is so ordered.


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 6/6/16